APPEAL No. 76-384. JOSEPH JACINTO *et al. v.* JEROME P. EGAN *et al.* Motion to dismiss the appeal of the defendant, Paula McKeown, as moot is denied without prejudice to raising this issue in briefs and oral argument. Bevilacqua, C.J. not participating. *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs. *Natale L. Urso, Barry N. Capalbo,* for defendants.

APPEAL No. 76-403. LEVITON MFG. CO. *v.* CAROL LILLIBRIDGE. Motion of petitioner to affirm the decree below pursuant to Rule 16(g) is denied. Bevilacqua, C.J. not participating. *Vincent J. Chisholm,* for petitioner. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for respondent.

APPEAL No. 77-7. COASTAL FINANCE CORPORATION OF NORTH PROVIDENCE *et al. v.* COASTAL FINANCE CORPORATION. Motion of Walter E. Heller & Company to dismiss the appeal of all unsecured creditors of the respondent not specifically named in the notice of appeal is denied without prejudice to raising the issue in briefs and oral argument. *William F. Hague, Jr.,* for Walter E. Heller & Company, plaintiff. *Carroll, Kelly & Murphy, Dennis S. Baluch, Louis J. Perez, John Quattrocchi, Jr., Vincent A. Ragosta, Francis Castrovillari, Gladstone & Zarlenga, B. Lucius Zarlenga, Merlin A. De Conti, Brian J. Sarault, Arthur M. Read II,* for creditors.